U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 2 4 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ASBERT FITZGERALD JOSEPH | CIVIL ACTION NO. 2:11-cv-1752 |
| VERSUS | JUDGE DONALD E. WALTER |
| R. CHILDRESS, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 27] is **ADOPTED**; and the Defendants' Motion to Dismiss and Motion for Summary Judgment [Doc. 25] is **GRANTED**; and the Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** this 24 day of February 2014, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE